IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN W. TALBOT,

    Petitioner,                               JUDGMENT IN A CIVIL CASE

v.                                            Case No. 12-cv-908-bbc

MICHAEL DITTMAN,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of John W. Talbot for a writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | 4/8/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |